HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-0171JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING THE |
| v. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE TRIAL AND PRETRIAL |
| DANIEL HUNGERFORD, | ) | MOTIONS DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the unopposed motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1  (d) the ends of justice will best be served by a continuance, and the ends of

2 justice outweigh the best interests of the public and the defendant in any speedier trial,

3 as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4  (e) the additional time requested between the current trial date of September 17,

5 2018 and the new trial date is necessary to provide counsel for the defendant the

6 reasonable time necessary to prepare for trial, considering counsel's schedule and all of

7 the facts set forth above; and

8  (f)  the period of delay from the date of this order to the new trial date is

9 excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

10  IT IS THEREFORE ORDERED that the trial date in this matter shall be

11 continued to February 19, 2019, and that pretrial motions shall be filed no later than

12 January 10, 2019.

13  DONE this 10th day of August, 2018.

14

15

16

17
_____

JAMES L. ROBART
United States District Judge

18

19

20 Presented by:

21 s/ *Gregory Geist*

22 Assistant Federal Public Defender
Attorney for Daniel Hungerford

23

24

25

26

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DEADLINE  - 2
*USA v. Hungerford* / CR18-171-JLR

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**