THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL HUNGERFORD,<br><br>Defendant. | No. CR 18-171-JLR<br><br>~~(PROPOSED)~~ ORDER ON DEFENDANT'S OBJECTION TO FORWARDING PASSPORT TO STATE DEPARTMENT AND MOTION FOR RETURN TO DEFENSE COUNSEL |

THIS MATTER having come before the Court on the Defendant's Objection to forwarding his Passport to the State Department, and Motion for Return of Passport to Defense Counsel, and the Court having reviewed the files and records, it is hereby

ORDERED that Mr. Hungerford's passport shall be returned to defense counsel, who will take custody of it and, in turn, return it to Mr. Hungerford.

DONE this 22nd day of April, 2019.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Daniel Hungerford

ORDER GRANTING TRANSFER OF
PASSPORT TO DEFENSE COUNSEL
(Daniel Hungerford; CR18-171JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100